468 A.2d 848

Commonwealth v. Dennis, Appellant.

Argued February 4, 1983. David Rudovsky, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge William W. Vogel is affirmed.